IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMIS ESTEVES, | : | |
|     Petitioner | : | No. 1:17-cv-02351 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Chief Magistrate Judge Schwab) |
| WARDEN OF THE LEWISBURG | : | |
| CORRECTIONAL INSTITUTION, | : | |
|     Respondent | : | |

## ORDER

Before the Court is the May 3, 2018 Report and Recommendation of Chief Magistrate Judge Schwab. (Doc. No. 8.) No timely objections have been filed. **ACCORDINGLY**, on this 21st day of May 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** the Report and Recommendation of Chief Magistrate Judge Schwab (Doc. No. 8);

2. Petitioner Ramis Esteves' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED**; and

3. The Clerk is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania